EDWARD BENJAMIN, RESPONDENT, v. MAX KURNICK, APPELLANT.

Submitted February 17, 1928—Decided May 14, 1928.

For the respondent, *Kalisch & Kalisch.*

For the appellant, *Frank G. Turner.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PAR-KER, MINTURN, KALISCH, BLACK, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 14.

*For reversal*—None.